IRVING TRUST COMPANY, Appellant and Respondent, *v.* BENANN HOLDING CORPORATION, Respondent and Appellant, and BENJAMIN KAPLAN, Respondent, Impleaded with Others.

Argued April 22, 1942; decided May 28, 1942.

*Martin A. Schenck* for plaintiff, appellant and respondent.

*Frederick E. Crane* and *Julius Paull* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.